UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60637-CIV-ZLOCH

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

E-MONEE.COM, INC. ESTUARDO
BENAVIDES, and ROBERT B.
COOK,

    Defendants.
_____/

**FINAL JUDGMENT OF
PERMANENT INJUNCTION AND
OTHER RELIEF AGAINST
DEFENDANTS E-MONEE.COM
AND ESTUARDO BENAVIDES**

THIS MATTER is before the Court upon Plaintiff Securities and Exchange Commission's Notice Of Filing Consent Of Defendants E-Monee.com, Inc. and Estuardo Benavides And Motion For Entry Of Final Judgment Of Permanent Injunction And Other Relief (DE 19). The Court has carefully reviewed said Motion and the entire record and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Securities and Exchange Commission's Notice Of Filing Consent Of Defendants E-Monee.com, Inc. and Estuardo Benavides And Motion For Entry Of Final Judgment Of Permanent Injunction And Other Relief (DE 19) be and the same is hereby **GRANTED**;

2. In accordance with the Consent Of Defendants E-Monee.com, Inc. and Estuardo Benavides (DE 19-1) and pursuant to Federal Rule

of Civil Procedure Rule 54(b), Final Judgment be and the same is hereby entered in favor of Plaintiff Securities and Exchange Commission and against Defendants E-Monee.com, Inc. and Estuardo Benavides;

    3.   The Final Judgment Of Permanent Injunction And Other Relief Against Defendants E-Monee.com, Inc. and Estuardo Benavides (DE 19-2) be and the same is hereby approved, adopted, and ratified by the Court; and

    4.   To the extent not otherwise disposed of herein, all pending Motions as to Defendants E-Monee.com, Inc. and Estuardo Benavides be and the same are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of November, 2013.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

All Counsel and Parties of Record